■ In the Matter of the Claim of DAVID G. PHELPS, Deceased. WEST VIRGINIA PULP & PAPER CO., Appellant; COMMISSIONER OF TAXATION & FINANCE, Respondent; WORKMEN'S COMPENSATION BOARD, Respondent. (And Two Other Cases.) — MEMORANDUM BY THE COURT. Decision affirmed, with costs to the Workmen's Compensation Board. (See *Liberty Mut. Ins. Co.* v. *Colon & Co.*, 260 N. Y. 305, 308; *Matter of Commissioner of Taxation & Finance* v. *Kingsboro Constr. Co.*, 21 A D 2d 929; *Matter of Commissioner of Taxation & Finance* v. *Buffalo Std. Foundry*, 4 A D 2d 894; *Matter of Department of Taxation & Finance* v. *Thompson-Starrett Co.*, 271 App. Div. 906.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.